UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

1:20-CV-8352 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

      By order dated December 15, 2020, the Court granted Plaintiff, who appears *pro se*, 60 days' leave to file an amended complaint. On February 10, 2021, the Court granted Plaintiff a 30-day extension of time to comply with the Court's December 15, 2020 order. (ECF 8.) On March 15, 2021, the Court received from Plaintiff, who is incarcerated, a request for a second extension of time. (ECF 9.) The Court grants Plaintiff's request for a second extension of time. Plaintiff must file an amended complaint that complies with the Court's December 15, 2020 order within 30 days of the date of this order.

      If Plaintiff fails to comply by the extended deadline, the Court will dismiss this action for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). No further extensions of time will be granted.

      The Court directs the Clerk of Court to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  March 18, 2021
           New York, New York

                                              *Louis L. Stanton*
                                                Louis L. Stanton
                                                    U.S.D.J.