```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CALVIN REED,

        Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.,

        Defendants.

20-CV-8352 (JPC) (BCM)

**ORDER SCHEDULING
CASE MANAGEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    This action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    It is hereby **ORDERED** that a conference in accordance with Fed. R. Civ. P. 16 will be held on **April 5, 2022, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

    It is further **ORDERED** that each party confer with all other parties to make sure that all parties, or their attorneys, have a copy of this Order and can attend the conference. If any party needs to change the date of the conference, that party must make the request, by letter, as soon as the need for a different date is known. Please see § 2(a) of Judge Moses's Individual Practices for a description of what information must be contained in that letter.

It is further **ORDERED** that the parties come to the conference prepared to discuss the following subjects:

1. The issues in the case;

2. Whether any party intends to make a motion to dismiss or on the pleadings;

3. Whether any party wishes to amend a pleading or add new parties, and what the deadline should be for moving for leave to do so.

4. What discovery the parties plan to engage in, and what deadlines should be set for:

    a. Exchanging the automatic disclosures required by Fed. R. Civ. P. 26(a)(1)(A);

    b. Serving document production requests and interrogatories;

    c. Taking depositions of fact witnesses;

    d. Disclosing the identity and exchanging the reports of expert witnesses, if any, and taking their depositions; and

    e. Completing all discovery;

5. Whether any special limitations should be placed on discovery, including protective or confidentiality orders;

6. Whether any special discovery issues are likely to arise that may warrant early attention from the Court;

7. What the deadline should be for filing summary judgment or other pretrial motions, if any;

8. What the deadline should be for the parties to submit a joint pretrial order (in accordance with the procedures of the judge before whom the trial will be conducted);

9. The status of mediation as referred by the district judge on September 27, 2021 (Dkt. No. 6), and/or whether and when the case should be scheduled for a settlement conference with the Court; and

10. The anticipated length of trial and whether (and by which party) a jury has been requested.

Plaintiff is hereby notified that, until further notice, *pro se* parties may file pleadings, letters, and other documents with the Court by using any of the following methods:

a. **Drop off** the document in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, 10007.

b. **Mail** the documents to the Pro Se Intake Unit in Room 105 in the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

c. **Email** the documents to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Instructions for filing documents by email may be found on the Court's website at nysd.uscourts.gov/forms/instructions-filing-documents-email.

The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff.

Dated: New York, New York
February 9, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

3