```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

        Plaintiff,

-against-

THE CITY OF NEW YORK, et al.

        Defendants.

20-CV-8352 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On March 11, 2022, the Court directed plaintiff to file his Second Amended Complaint no later than April 11, 2022. (Dkt. No. 42.) That date has now come and gone, but plaintiff has not filed his Second Amended Complaint. In light of plaintiff's *pro se* status, the Court, *sua sponte*, EXTENDS his time to file his Second Amended Complaint to **May 18, 2022**. The initial case management conference is ADJOURNED to **June 2, 2022, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

    Plaintiff is reminded that it is his obligation to pursue his claims diligently and comply with all Court-ordered deadlines and other directions. If he fails to file a Second Amended Complaint, or otherwise fails to comply with the orders of this Court, his case may be dismissed pursuant to Fed. R. Civ. P. 41.

Dated: New York, New York
       April 18, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**