UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

              Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

              Defendants.

20-CV-8352 (JPC) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/05/2022

**BARBARA MOSES, United States Magistrate Judge.**

    In light of defendants' counsel's scheduling conflict (*see* Dkt. No. 47), the initial case management conference scheduled for July 19, 2022, is hereby ADJOURNED to **August 2, 2022, at 10:00 a.m.**, and will take place telephonically.

    It is hereby **ORDERED** that the Warden or other official in charge of the North Infirmary Command at Rikers Island Facilities produce plaintiff Calvin Reed, B & C No. 2412200768, on **August 2, 2022, at 9:50 a.m.**, to a suitable location within the Rikers Island Facilities that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

    Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the North Infirmary Command at Rikers Island Facilities to arrange the call and ensure that plaintiff will be able to dial in to the below dial-in number at the above time and date; and (3) dial in to the telephonic conference as follows:

    Call-In Number:    888-557-8511
    Access Code:      7746387#

    **If due to COVID-19 restrictions or other factors, plaintiff's telephonic attendance at the July 19 conference cannot be arranged, defendants' counsel is directed to inform the**

2

**Court at least three business days prior to the conference by filing a status update letter on ECF.**

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* plaintiff, as follows:

> Calvin Reed
> B & C No. 2412200768
> North Infirmary Command
> 15-00 Hazen Street
> East Elmhurst, NY 11370

Dated: New York, New York
July 5, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**