UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

            Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

           Defendants.

20-CV-8352 (JPC) (BCM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/05/2022
```

**BARBARA MOSES, United States Magistrate Judge.**

    The Court having been notified by defendants that plaintiff was transferred from the Elmira Correctional Facility to the Fishkill Correctional Facility on August 5, 2022 (Dkt. No. 51), the initial case management conference currently scheduled for August 9, 2022, is hereby **ADJOURNED** to **August 30, 2022, at 11:00 a.m.** It is further **ORDERED** that the Warden or other official in charge of the Fishkill Correctional Facility produce plaintiff Calvin Reed, DIN 22B2865, on **August 30, 2022, at 10:50 a.m.**, to a suitable location within the Fishkill Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling Courtroom Deputy Tamika Kay at (212) 805-0228.

    Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the Fishkill Correctional Facility to arrange the call and ensure that plaintiff will be able to dial in to the below dial-in number at the above time and date; and (3) dial in to the telephonic conference as follows:

    Call-In Number:    888-557-8511
    Access Code:      7746387#

    **If due to COVID-19 restrictions or other factors, plaintiff's telephonic attendance at the August 9 conference cannot be arranged, defendants' counsel is directed to inform the**

**Court at least three business days prior to the conference by filing a status update letter on ECF.**

The Clerk of Court is respectfully directed to (1) close the letter-motion at Dkt. 51 and (2) mail a copy of this Order to the *pro se* plaintiff, as follows:

Calvin Reed
DIN 22B2865
Fishkill Correctional Facility
18 Strack Drive
Beacon, NY 12508

Dated: New York, New York
       August 5, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**