UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

         Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/02/2023

20-CV-8352 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court is in receipt of the Notice of Change of Address filed by plaintiff Calvin Reed, dated September 28, 2023. (Dkt. 95.) Plaintiff also encloses a letter from his attorney and discusses its contents on the Notice of Change of Address. Because both the notice and attachment discuss confidential attorney-client privileged communications, the Court will place the filing under seal at the ex-parte level, visible only to the Court and to plaintiff.

      Plaintiff is reminded that this action concerns his claims under 42 U.S.C. § 1983, *i.e.*, the alleged deprivation of his rights by employees of New York Police Department, which took place in 2019 and 2020. The conduct of plaintiff's defense lawyer is not a part of this case. **Plaintiff is also cautioned against posting confidential communications with his attorney (or discussing their contents) on the public docket, as this may result in a waiver of the attorney-client privilege.**

      The Clerk of Court is respectfully directed to modify the viewing level of plaintiff's Notice of Change of Address (Dkt. 95) to the ex-parte viewing level.

Dated: New York, New York
       October 2, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**