```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

              Plaintiff,

-against-

CITY OF NEW YORK, et al.,

              Defendants.

20-CV-8352 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court held a status conference on March 14, 2024. Defendants appeared through counsel, but the pro se plaintiff failed to appear. Defendants' counsel reported that when he last spoke to plaintiff by telephone, plaintiff acknowledged today's conference and stated that he would attend.

Judge Moses will hold a continued status conference on **April 18, 2024, at 11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. No later than **April 15, 2024**, after consultation with plaintiff, defendants shall file a status letter outlining the progress of discovery to date and describing any disputes requiring the Court's attention.

*The Court reminds plaintiff that his long-delayed interrogatory answers are due no later than March 25, 2024. (See Dkt. 109.) The Court cautions plaintiff that should he again fail without excuse to appear at scheduled court proceedings, fail to meet his discovery deadlines, or otherwise fail to comply with this Court's orders, substantial sanctions may be imposed, including the dismissal of his case.*

Dated: New York, New York
       March 14, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**