```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

20-CV-08352 (MMG) (BCM)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any date, deadline, conference, or oral argument before or directed by Magistrate Judge Moses will proceed as ordered, and any application related to those matters should continue to be directed to Magistrate Judge Moses. All counsel must familiarize themselves with the Court's Individual Rules & Practices (the "Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    All parties are hereby notified that the undersigned was the Commissioner of the New York City Department of Investigation during portions of the time period identified in the Complaint (2020) and remained in that position until November 10, 2021. The Department of Investigation has oversight and Inspector General jurisdiction over the New York City Department of Correction and the New York City Police Department, although that oversight does not typically extend to misconduct by individual police officers, which is typically within the jurisdiction of the NYPD's Internal Affairs Bureau and the Civilian Complaint Review Board. As far as the Court is aware, the undersigned has no particular or confidential knowledge about the events discussed in the Complaint, and thus sees no basis for recusal at this time. However, if any party wishes to move for recusal, has additional information that may bear on recusal, or wishes to discuss the question of recusal with the Court at a conference, they should file an appropriate letter no later than **April 16, 2024**.

    The Clerk of Court is respectfully directed to mail a copy of this Order and the Individual Rules to Plaintiff.

Dated: April 2, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge