USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/9/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

20-CV-8352 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received plaintiff's "Answers to Defendants' First Set of Interrogatories" (Answers), postmarked April 1, 2024. Plaintiff's submission is attached to this order, so as to cause it to be served electronically on defendants. **Plaintiff is reminded that discovery responses must be served directly on defendants, and need not be filed with the Court.**

    Plaintiff is further reminded that the Court has scheduled a status conference in this case for **April 18, 2024, at 11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, which plaintiff must **attend in person**.

    In his Answers, plaintiff notes that his address has changed. The Clerk of Court is respectfully directed to update plaintiff's address on the docket as follows:

    2759 Webster Ave.
    Bronx, NY 10458

    The Clerk of Court is further directed to mail this Order, as well as the orders at Dkts. 109, 110, and 111 to plaintiff at his new address.

Dated: New York, New York
       April 9, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
Southern District of New York

Calvin REED,

                        Plaintiff,

-against-

CITY OF NEW YORK, Police Officer DENNIS, Detective JEFFRE SANTANA, Police Officer HAROLD MEJIA, and DETECTIVE BRITTANY SAXON,

                        Defendants.

DEFENDANT CITY, DENNIS, SAXON, SANTANA, AND MEJIA'S REQUEST AND RESPONSE OF INTEROGATORIES AND REQUEST for Production of Documents. BY

Plaintiff CALVIN REED

                        20 CIV. 8352 (JHR)(BCM)

Plaintiff Answers To Defendants' First Set of Interrogatories.

1. Now Deceased - March 3, 2024 - Betty J. McCain who written noterized letters were a witness. Patricia Kee [Neighbor] have knowledge of the incidents from: 9/10/19; 7-15-20; and 8/3/20.

2. Ⓐ CCRB; Civilian Complaint Review Board; Ⓑ Internal Affairs Bureau (IAB):

3. Documents (copies) that were sent to me by City of New York, Defendants, are from Bronx Supreme Court, Assistant district attorney's office in the Bronx. In addition, I was arrested on September 9, 2019 and received a disposition of a dismissal.

4. Plaintiff was recently sent a CD ROM [video] by the City of New York, Defendants but could not view at this time because it's a special CD for a different DVD-Player which I do not own.

5. Ⓐ lost my job; from 9/9/19 - July 31, 2020
Ⓑ Suffered emotional injuries [8/18/20] on Rikers' Island inside a correctional van for 56 minutes w/o asthma pump nor air from the windows or, AC inside the van.

6. While on Rikers' Island [8/3/20 to December 6, 2021], Plaintiff received Mental Health and Physical Treatment at West Facility; North Infirmary Command ("NIC") and treat at "OBCC" where I was treated and administered on for a large Baker Cyst behind my left knee.

7. Phycological, Mentally; including, experiencing trauma behind the 8/18/20 Van incident is horrible and produces flash backs of death or, almost dying at that time. I'm having problems breathing after the van incident, and other injuries exacerbated by the incidents.

8. Again, I have lost my Job because of these false lock ups; where charges was not pursued, nor charges were pressed. I lost opportunity of getting my own apartment by NYHA and another Job, I've lost a lost of New & Old Clothing, Shoes, Sneakers, Coats and my laptop, computer... all by "DELL".

9. Honeywell LLC. 2020, 2021, 2019; 2103 Honeywell LLC.
   1 State Street
   32nd Floor
   New York, N.Y. 10004
   (212) 320-2400

10. Plaintiff has been arrested on September 9, 2019 which is the beginning of and, the reason for June 21, 2020; and July 15, 2020 & August 3, 2020 Arrest when I Permanently lost my Job, Bronx, New York 10460.

11. Yes: September 9, 2019 for a felony that resulted in a disposition of dismissal.

12. Yes: However, at this time, I cannot find those documents at this time. At this time, all of my paperwork are taped & sealed in boxes because I have to enter in a shelter.

Therefore, from Defendants' Interrogatories 13-26, Plaintiff cannot answer at this time.

My new address is 2759 Webster Ave, Bronx, New York 10458.

Sincerely,

Mr. Calvin Reed Pro Se Plaintiff
2759 Webster Ave, Bronx, N.Y. 10458

Date: 3/28/24



Mr. Calvin Reed
2759 Webster Ave.
Bronx, New York 10458

United States District Court
Southern District of New York
Pro Se Intake Unit 1000 7

RECEIVED
APR 4 2024
PRO SE OFFICE