```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1:/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

20-CV-8352 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court held a status conference on April 18, 2024. Defendants appeared through counsel, but the *pro se* plaintiff failed to appear. Defendants' counsel reported that when he last spoke to plaintiff by telephone, plaintiff acknowledged today's conference and stated that he would attend.

Judge Moses will hold a continued status conference on **June 10, 2024, at 10:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. No later than **June 3, 2024**, after consultation with plaintiff, defendants shall file a status letter outlining the progress of discovery to date and describing any disputes requiring the Court's attention.

Given plaintiff's failure to appear at three successive conferences, at which his appearance was required, defendants may seek sanctions pursuant to Fed. R. Civ. P. 16(f)(1)(A). If defendants do elect to move for sanctions, they must do so no later than **May 2, 2024**.

Dated: New York, New York
       April 18, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**