UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

20-CV-8352 (MMG) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/10/2024__

**BARBARA MOSES, United States Magistrate Judge.**

      The Court held a status conference on June 10, 2024. Defendants appeared through counsel, but plaintiff failed to appear. This the fourth time in a row that plaintiff, who is representing himself, has failed to appear for a scheduled status conference. The Court scheduled today's conference by order dated April 18, 2024 (4/18/24 Order) (Dkt. 114), which was mailed to plaintiff the next day at his address of record: 2759 Webster Ave., Bronx, NY 10458. The Court obtained that address from a filing that plaintiff mailed to this Court on April 1, 2024, and that was filed on April 9, 2024. (*See* Dkt. 112.) Neither the 4/18/24 Order nor any other document that the Court has mailed to plaintiff at that address has been returned undeliverable. However, during today's conference, counsel for defendants reported that when he spoke to plaintiff by telephone earlier this morning, plaintiff stated that he did not receive the 4/18/24 Order.

      The deadline to complete discovery remains **July 29, 2024**. (*See* Dkt. 116.) Motions for summary judgment (or, if required by the district judge, pre-motion letters regarding summary judgment) are due **30 days after the close of all discovery**.

      No later than **August 2, 2024**, after consultation with plaintiff, defendants shall file a status letter confirming that discovery has been completed (or, if not, explaining why discovery has not been completed) and outlining any disputes requiring the Court's attention.

      **<u>Plaintiff is yet again reminded that it is his responsibility, as the plaintiff, to prosecute this action diligently and in good faith. The Court further cautions plaintiff that his continued failure without excuse to appear at scheduled court proceedings may be grounds for substantial sanctions, including the dismissal of his case.</u>**

Dated: New York, New York
       June 10, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**