**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2024

Calvin Reed
(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 8352 MMG BCM

-against-

City of New York, et al.,

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 8/12/24 but did not file a notice of appeal within the required time period because: I'm working without an attorney on both cases: 22-CV-10446 and 20-CV-8352. Have Court (housing), on behalf of my deceased fiancée and working Pro se on other case. Due to my fiancée's death I have been lacking prosecuting both cases without an Attorney, nor would the NYIAG help.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: August 12, 2024

Signature: Calvin Reed

Name (Last, First, MI): REED, Calvin

Address: 2759 Webster Ave   City: Bx   State: N.Y.   Zip Code: 10458

Telephone Number: (929) 714-5356

E-mail Address (if available): none

---

Application GRANTED. Plaintiff shall file written objections to Magistrate Judge Moses' Memorandum and Order (Dkt. No. 122) pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a) on or before **September 6, 2024**. Failure to file timely objections will result in a waiver of such objections and will preclude appellate review. *See Caidor v. Onondaga Cnty*, 517 F.3d 601, 605 (2d Cir. 2005). The Clerk of Court is respectfully directed to terminate Dkt. No. 123.

SO ORDERED. Dated August 23, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE



Mr. Calvin Reed
2759 Webster Ave.,
Bronx, N.Y. 10458

To Clerk of Court:
The Daniel Patrick Moynihan
United States Courthouse
Pro se Intake Unit 500
Pearl Street New York, N.Y. 10007