USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/8/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALVIN REED,

                Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

                Defendants.

20-cv-08352 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Plaintiff Calvin Reed, proceeding *pro se*, initiated this action on October 5, 2020 pursuant to 42 U.S.C. § 1983, alleging violations of his federal constitutional rights by members of the New York Police Department (NYPD) during multiple arrests in 2019 and 2020.  Dkt. No. 2.  Plaintiff amended his complaint twice.  Dkt. Nos. 12, 60.  Plaintiff filed a motion to amend his complaint for a third time on September 11, 2023, seeking to add an additional 12 defendants.  Dkt. No. 94.  In a memorandum opinion and order dated August 5, 2024, Magistrate Judge Moses[1] denied Plaintiff's motion.  *Id.*  Although Plaintiff requested an extension of time to file objections to Judge Moses' denial of his motion, which this Court granted, *see* Dkt. No. 124, Plaintiff did not file objections to Judge Moses' opinion and order, and the time to file objections has long since passed.

      Discovery in this matter closed on September 27, 2024.  *See* Dkt. No. 121.  As of the date of this Order, no party has sought an extension of time to complete discovery.

      Accordingly, it is hereby ORDERED that all parties shall appear for a Post-Fact Discovery Conference on **Tuesday, February 11, 2025 at 9:30 a.m.** in Courtroom 906 of the

---

[1] On September 3, 2021, Judge John P. Cronan, who was previously assigned to this matter, referred this matter to Magistrate Judge Barbara Moses for general pretrial matters.  Dkt. No. 19.

Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  If any party intends to move for summary judgment, it must file a letter on ECF, not to exceed three pages, setting forth the basis for the anticipated motion, including the legal standards governing the claims at issue, no later than **January 24, 2025**.  Responses or objections to any pre-motion letter shall be filed on ECF no later than **January 31, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: January 8, 2025
New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge