```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CALVIN REED, <br><br>　　　　　Plaintiff, <br><br>　-against- <br><br>CITY OF NEW YORK, et al., <br><br>　　　　　Defendants. | *This filing relates to:* <br><br> 20-CV-8352 (MMG) (BCM) |
| CALVIN REED, <br><br>　　　　　Plaintiff, <br><br>　-against- <br><br>P.O. ANDRE LOGAN, et al., <br><br>　　　　　Defendants. | 22-CV-10446 (JPC) (BCM) <br><br> **ORDER RE: PRO SE LITIGANT CHANGE OF ADDRESS** |

**BARBARA MOSES, United States Magistrate Judge.**

　　On March 19, 2025, the Court dismissed the case at Docket No. 20-CV-8352 (*Reed I*) without prejudice. (Dkt. 128 in *Reed I*.) However, the case at Docket No. 22-CV-10446 (*Reed* II) remains pending.

　　On September 9, 2025, the Court received correspondence from plaintiff, alerting the Court that his address has changed. (Dkt. 130 in *Reed I*.)

　　Accordingly, the Clerk of Court is respectfully directed to update plaintiff's address in both *Reed I* and *Reed II* to the following:

　　Calvin Reed
　　B&C # 2412501553
　　10-10 Hazen Street (EMTC) c-76
　　East Elmhurst, New York 11370

Dated:　New York, New York　　　　　**SO ORDERED.**
　　　　　September 11, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**BARBARA MOSES**
　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**